Submitted on record and briefs September 1, reversed in part; otherwise affirmed
September 27, 1995

In the Matter of the Compensation of
Raymond L. Mackey, Claimant.

SAIF CORPORATION,
*Petitioner,*

*and*

DOW CORNING CORPORATION,
*Employer,*

*v.*

Raymond L. MACKEY,
*Respondent.*

(WCB 91-08671; CA A87225)

902 P2d 140

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and David L. Runner, Assistant Attorney General, filed the brief for respondent.

James L. Edmunson filed the brief for respondent.

Before Riggs, Presiding Judge, and Edmonds and Leeson, Judges.

PER CURIAM

Award of attorney fees under ORS 656.388(1) reversed; *Liberty Northwest Ins. Corp. v. Koitzsch*, 135 Or App 524, 899 P2d 724 (1995); otherwise affirmed.